**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **LEE ROY ANDERSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No.   CIV-11-246-R |
| | ) | |
| | ) | |
| **DIANA BILBO, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Plaintiff filed this action alleging the violation of his constitutional rights with regard to the conditions of his confinement during his pretrial detention at the Beckham County Detention Center. Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Valerie K. Couch for preliminary proceedings, and thereafter transferred to Magistrate Judge Shon T. Erwin.  On August 15, 2012, Judge Erwin entered a Report and Recommendation wherein he recommended that the dispositive motions filed by Defendant Bilbo, Jay and Beckham County be granted.  Despite Plaintiff's failure to respond to the motions, Judge Erwin analyzed Plaintiff's allegations in light of the relevant law and concluded the motions be granted.

The record reflects Plaintiff has not objected to the Report and Recommendation within the time limits prescribed therein, nor has he sought an extension of time in which to object. Accordingly, the Report and Recommendation is hereby adopted in its entirety and the motions are granted as set forth therein.

IT IS SO ORDERED this 7th day of September, 2012.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE